NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

NO. 04-1143

KAREN SMITH DAUZAT

VERSUS

SHELTER MUTUAL INSURANCE COMPANY, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO. 2003-4624-A,
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Glenn B. Gremillion, Judges.

REVERSED AND RENDERED.

Brian M. Caubarreaux
Attorney at Law
Post Office Box 129
Marksville, LA 71351
(318) 253-0900
COUNSEL FOR PLAINTIFF/APPELLEE:
    Karen Smith Dauzat

David A. Hughes
Hughes & LaFleur
201 Johnston Street, Suite 400
Post Office Box 1831

**Alexandria, LA 71309-1831**
**(318) 443-4090**
**COUNSEL FOR DEFENDANTS/APPELLANTS-APPELLEES:**
    **Shelter Mutual Insurance Company, et al.**